# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-206-511**

**Effective Date of Registration:**
March 18, 2015

---

**Title**

    **Title of Work:** March 2015 unpublished photos

**Completion/Publication**

    **Year of Completion:** 2015

**Author**

    • **Author:** Lisa Corson
    **Author Created:** photograph
    **Citizen of:** United States
    **Domiciled in:** United States

**Copyright Claimant**

    **Copyright Claimant:** Lisa Corson
    PO Box 1658, Ojai, CA, 93023, United States

**Rights and Permissions**

    **Name:** Lisa Corson
    **Email:** lisa@lisacorsonphotography.com

**Certification**

    **Name:** Lisa Corson
    **Date:** March 18, 2015

---

    **Correspondence:** Yes
    **Copyright Office notes:** Regarding registration of multiple works: Registered as an unpublished collection