UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
LISA CORSON,                                    :
                                                :   Civil Action No.: 1:16-CV-00545(AKH)
               Plaintiff,          :
                                                :
      - against -                            :
                                                :
BROWN HARRIS STEVEN OF THE                      :
HAMPTONS, LLC,                                  :
                                                :
               Defendant.          :
------------------------------------------------------X

## NOTICE OF PLAINTIFF LISA CORSON'S
## MOTION FOR PARTIAL SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, and upon the accompanying Declaration of Kevin P. Potere, dated February 3, 2017, and all attached exhibits, Declaration of Lisa Corson, dated February 3, 2017, and all attached exhibits, the Statement of Material Facts, and the Memorandum of Law, Plaintiff Lisa Corson ("Plainitff") will move before the Honorable Alvin K. Hellerstein, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined by the Court, for an Order granting partial summary judgment to Plaintiff holding Defendant Brown Harris Steven of the Hamptons, LLC's ("Defendant") liable for willful infringement of Plaintiff's copyrighted work, identified and attached as Exhibit A to the Complaint.

NOTICE IS FURTHER GIVEN that Defendant's response to this Motion, if any, shall be served by February 28, 2017, on counsel for Plaintiff: Kevin P. Potere, Duane Morris LLP, 1540 Broadway, New York, NY 10036.

DM2\7504066.1

Dated: New York, New York
February 3, 2017

/s/ Kevin P. Potere
Kevin P. Potere
**DUANE MORRIS** LLP
1540 Broadway
New York, New York 10036
(212) 692-1000 (tel)
(212) 692-1020 (fax)

*Counsel for Plaintiff Lisa Corson*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Plaintiff Lisa Corson's Motion for Partial Summary Judgment has been served upon all counsel of record by virtue of notice delivered by the Court's ECF system on this 3rd day of February, 2017.

/s/ Kevin P. Potere
Kevin P. Potere

DM2\7504066.1