NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY

**DuaneMorris®**

FIRM and AFFILIATE OFFICES

KEVIN P. POTERE
DIRECT DIAL: +1 212 471 1876
PERSONAL FAX: +1 212 202 4654
E-MAIL: kppotere@duanemorris.com

www.duanemorris.com

ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO
SRI LANKA
ALLIANCE WITH
GOWERS INTERNATIONAL

July 17, 2017

**VIA ECF AND REGULAR MAIL**

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:    *Lisa Corson v. Brown Harris Stevens of the Hamptons, LLC*
             Case No.: 16-CV-00545

Dear Judge Hellerstein:

      We are counsel for Plaintiff Lisa Corson in the above-referenced action. We write to respectfully request a status conference on Friday, August 25 at 10:00 a.m. to discuss trial dates for this action. We have conferred with Andrew Saulitis, Esq., counsel for Defendant Brown Harris Stevens of the Hamptons, LLC's, and he has confirmed that he is available on August 25 for a status conference.

                                      Respectfully submitted,

                                      Kevin P. Potere

cc:    Steven M. Cowley, Esq.
         Andrew P. Saulitis, Esq.