

| NEW YORK | **DuaneMorris®** | ATLANTA |
| LONDON | | BALTIMORE |
| SINGAPORE | FIRM and AFFILIATE OFFICES | WILMINGTON |
| PHILADELPHIA | | MIAMI |
| CHICAGO | | BOCA RATON |
| WASHINGTON, DC | | PITTSBURGH |
| SAN FRANCISCO | KEVIN P. POTERE | NEWARK |
| SILICON VALLEY | DIRECT DIAL +1 212 471 1876 | LAS VEGAS |
| SAN DIEGO | PERSONAL FAX +1 212 202 4654 | CHERRY HILL |
| SHANGHAI | E-MAIL kppotere@duanemorris.com | LAKE TAHOE |
| BOSTON | | MYANMAR |
| HOUSTON | www.duanemorris.com | OMAN |
| LOS ANGELES | | A GCC REPRESENTATIVE OFFICE |
| HANOI | | OF DUANE MORRIS |
| HO CHI MINH CITY | | |
| | | MEXICO CITY |
| | | ALLIANCE WITH |
| | | MIRANDA & ESTAVILLO |
| | | SRI LANKA |
| | | ALLIANCE WITH |
| | | GOWERS INTERNATIONAL |

July 17, 2017

**VIA ECF AND REGULAR MAIL**

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

        Re:    *Lisa Corson v. Brown Harris Stevens of the Hamptons, LLC*
                Case No.: 16-CV-00545

Dear Judge Hellerstein:

      We are counsel for Plaintiff Lisa Corson in the above-referenced action. We write to respectfully request a status conference on Friday, August 25 at 10:00 a.m. to discuss trial dates for this action. We have conferred with Andrew Saulitis, Esq., counsel for Defendant Brown Harris Stevens of the Hamptons, LLC's, and he has confirmed that he is available on August 25 for a status conference.

                                                 Respectfully submitted,

                                                 Kevin P. Potere

*[Handwritten endorsement: A conference will be held Aug. 25, 2017, 10:00 a.m. to set a trial date. 7-25-17 /s/ Hellerstein]*

cc:    Steven M. Cowley, Esq.
          Andrew P. Saulitis, Esq.

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086            PHONE +1 212 692 1000   FAX +1 212 692 1020