ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC ...
DATE FILED: 1/22/18

TO:         Concerned Parties

FROM:    Brigitte Jones, Courtroom Deputy         Date: 1/22/18
             by Order of Judge Alvin K. Hellerstein

Re: Lisa Corson v. Brown Harris Stevens of the Hamptons, LLC - 16 Civ. 545 (AKH)

You are hereby notified that you are required to appear for trial.
    Date:  January 24, 2018
    Time:  10:30 am
    Place: U.S. Courthouse - Southern District of New York
           500 Pearl Street
           Courtroom 14D
           New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to <u>all counsel</u> involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

Pls. Note new time.

[Signed] A. K. Hellerstein
1-22-18