```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

LISA CORSON,

                              Plaintiff,

     -against-

BROWN HARRIS STEVENS OF THE
HAMPTONS, LLC,

                             Defendant.

------------------------------------------------------------ X

**SUMMARY ORDER**

16 Civ. 545 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Plaintiff Lisa Corson ("Corson" or "Plaintiff") filed this claim for direct copyright infringement under 17 U.S.C. § 501 *et seq.*, alleging that Brown Harris Stevens of the Hamptons, LLC infringed on her copyrighted photograph. Before trial, Brown Harris conceded liability for copyright infringement—the only issue at trial was whether the infringement was willful and what statutory damages should be ordered. A bench trial was held on January 24, 2018. For the reasons stated on the record, I find that the infringement in this case was willful and the defendant's indifference towards the rights of others was particularly egregious. I therefore award statutory damages in the amount of $25,000. *See* 17 U.S.C. § 504(c)(2).

        SO ORDERED.

Dated:     January 25, 2018
              New York, New York

                                                          ALVIN K. HELLERSTEIN
                                                          United States District Judge