```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
LISA CORSON,                                         :
                                                     :    Civil Action No.: 1:16-CV-00545(AKH)
                        Plaintiff,                   :
                                                     :
        - against -                                  :
                                                     :
BROWN HARRIS STEVEN OF THE                           :
HAMPTONS, LLC,                                       :
                                                     :
                        Defendant.                   :
-----------------------------------------------------X
```

# NOTICE OF PLAINTIFF LISA CORSON'S
# MOTION FOR AN AWARD OF COSTS AND ATTORNEYS' FEES

PLEASE TAKE NOTICE that, pursuant to Rule 54(d) of the Federal Rules of Civil Procedure and 17 U.S.C. § 505, and upon the accompanying Declaration of Steven M. Cowley, dated February 22, 2018, and all attached exhibits, Declaration of Lisa Corson, dated February 21, 2018, and all attached exhibits, and the Memorandum of Law, Plaintiff Lisa Corson ("Plaintiff") will move before the Honorable Alvin K. Hellerstein, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined by the Court, for an Order granting Plaintiff, as the prevailing party in this copyright infringement lawsuit, an award of costs totaling $6,017.46 and attorneys' fees in the amount of $131,267.50.

NOTICE IS FURTHER GIVEN that Defendant's response to this Motion, if any, shall be served by March 16, 2018, on counsel for Plaintiff: Kevin P. Potere, Duane Morris LLP, 1540 Broadway, New York, NY 10036.

DM2\8602893.1

Dated:  New York, New York
        February 22, 2018

/s/ Kevin P. Potere
Kevin P. Potere
**DUANE MORRIS LLP**
1540 Broadway
New York, New York 10036
(212) 692-1000 (tel)
(212) 692-1020 (fax)

*Counsel for Plaintiff Lisa Corson*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Plaintiff Lisa Corson's Motion for an Award of Costs and Attorneys' Fees has been served upon all counsel of record by virtue of notice delivered by the Court's ECF system on this 22rd day of February, 2018.

/s/ Kevin P. Potere
Kevin P. Potere

DM2\8602893.1