# DuaneMorris®

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY

ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO
SRI LANKA
ALLIANCE WITH
GOWERS INTERNATIONAL

STEVEN M. COWLEY
DIRECT DIAL: +1 857 488 4261
PERSONAL FAX: +1 857 401 3090
*E-MAIL:* SMCowley@duanemorris.com

*www.duanemorris.com*

May 30, 2018

**VIA FAX AT (212) 805-7942**

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

> Re:  *Lisa Corson v. Brown Harris Stevens of the Hamptons, LLC*
>      Case No.: 16-CV-00545

Dear Judge Hellerstein:

I am counsel to Plaintiff Lisa Corson ("Plaintiff") in the above-referenced matter. By agreement of the parties for the final resolution of this matter, I write to inform the Court that Plaintiff withdraws her Motion For An Award Of Costs And Attorneys' Fees [Docket No. 53] and to cancel the Fairness Hearing on that motion currently scheduled for July 6, 2018 [Docket No. 65].

Thank you for your attention to this matter.

Respectfully submitted,

Steven M. Cowley

cc:    Andrew P. Saulitis, Esq. (via electronic mail)

DUANE MORRIS LLP

100 HIGH STREET, SUITE 2400   BOSTON, MA 02110-1724        PHONE: +1 857 488 4200   FAX: +1 857 488 4201
DM2\8902299.1